IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLTON BLANDING,

    Plaintiff,

v.                                     Civil Action No. 3:16CV929

RIVERSIDE REGIONAL JAIL,

    Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on December 1, 2016, the Court conditionally docketed this action. At that time, the Court directed Carlton Blanding to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Blanding that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Blanding has not complied with the order of this Court. Blanding failed to return the consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Blanding.

/s/ R P
Robert E. Payne
Senior United States District Judge

Date: January 26, 2016 2017
Richmond, Virginia